JOEL P. COOPER v. JENNIE MAYHEW BY HER GUARDIAN, ETC.

*Temporary alimony—Guardian's admissions not binding.*

An order for temporary alimony is discretionary and not final.

A guardian *ad litem* cannot bind his ward by his admissions against her.

MOTION to dismiss appeal. Submitted April 8. Granted April 9.

*O. W. Powers* for the motion.

*Brown, Howard & Roos* against.

PER CURIAM. Cooper had filed a bill of divorce against Jennie Mayhew, an infant, on the ground that she had defrauded him into a marriage with her. An order was made granting her temporary alimony, and the appeal was taken from this order.

The guardian *ad litem* of the defendant is claimed to have admitted his ward's fraud, but he has no right to bind her by his admissions, and the fraud cannot, therefore, be held to have been admitted. The case, therefore, cannot be distinguished in principle from an ordinary divorce case, and in such cases it is within the discretion of the court to make an interlocutory allowance, which this court will not review. The order is not a final order, and is not subject to appeal.

Motion to dismiss granted.